UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMART AUTHENTICATION IP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ELECTRONIC ARTS INC.,<br><br>Defendant. | Case No. 19-cv-01994-SI<br><br>**JUDGMENT**<br><br>Dkt. No. 40 |

On September 11, 2019, the Court granted defendant Electronic Arts Inc.'s motion to dismiss with prejudice. The Court hereby ENTERS judgment in favor of defendant Electronic Arts Inc. and against plaintiff Smart Authentication. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: September 11, 2019

_____
SUSAN ILLSTON
United States District Judge